IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02068-PSF-MEH

DALE SIMPKINS; and
MERRILYN SIMPKINS,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER RE: MOTION FOR APPOINTMENT OF A LOCAL MAGISTRATE

This matter is before the Court on plaintiffs' Motion for Appointment of a Local Magistrate (Dkt. # 6). The Court notes that plaintiffs have failed to indicate their counsel complied with D.C.COLO.LCivR 7.1A, which states in part: "The court will not consider any motion . . . unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter." Therefore, the Court hereby

ORDERS that the government is DIRECTED to set forth its position as to this motion in writing no later than **Monday, November 6, 2006.**

DATED:  October 30, 2006            BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge