# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02068-PSF-GJR

DALE SIMPKINS and MERRILYN SIMPKINS

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA

    Defendant.

## ORDER RE: CHANGE IN SCHEDULING ORDER

On April 13, 2007, at 11:30 a.m., a status conference was held by the Court. Plaintiffs Dale and Merrilyn Simpkins were represented by Keith Killian and Nicholas Mayle of Killian, Guthro & Jensen, P.C., 225 N. 5th Street, 10th Floor, Grand Junction, CO 81501. The United States of America was represented by Assistant United States Attorney Amy L. Padden, 1225 17th Street, Suite 700, Denver, CO 80202.

The scheduling order was changed to reflect the following:

**11.c.  A final pretrial conference will be held in this case on February 14, 2008, at 2:00 p.m.**

DATED:  May 9, 2007

                        BY THE COURT:

                        s/ Gudrun J. Rice

                        U.S. Magistrate Judge Gudrun J. Rice

APPROVED:

| | |
|---|---|
| s/ Keith Killian | s/ Amy L. Padden |
| Keith Killian | Amy L. Padden |
| Killain, Guthro, & Jensen, P.C. | Assistant United States Attorney |
| 225 N. 5th Street, 10th Floor | 1225 17th Street, Suite 700 |
| Grand Junction, CO 81501 | Denver, CO 80202 |
| Keith@killianlaw.com | Telephone: 303-454-0100 |
| Attorney for Plaintiffs | amy.padden@usdoj.gov |
| | *Attorney for the U. S. of America* |