IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02068-PSF-MEH

DALE SIMPKINS; and
MERRILYN SIMPKINS,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

___

### ORDER OF DISMISSAL
___

    Pursuant to the Stipulation for Dismissal (Dkt. # 50) filed by the parties, it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

    DATED:  September 17, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge